UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:17-cv-2303-SNLJ |
| v. | ) |
| | ) |
| ZUGRESS SECURITY SERVICES, INC., et al. | ) |
| | ) |
| Defendants | ) |

## JOINT STIPULATION FOR DISMISSAL

Come now the parties, by and through their attorneys, and stipulate to the dismissal of this action with prejudice as to all claims.

Respectfully Submitted,

/s/ Nathan K. Gilbert

Nathan K. Gilbert #68093
ngilbert@hammondshinners.com

HAMMOND and SHINNERS, P.C.
13205 Manchester Road, Suite 210
St. Louis, MO 63131
Telephone: (314) 727-1015
Facsimile: (314) 727-6804

Attorneys for Plaintiff

/s/ Timothy J. Wolf (w/ consent)

Timothy J. Wolf, #53099
twolf@bjpc.com

BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
Telephone: (314) 421-3400
Facsimile: (314) 421-3128

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 13, 2018, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                          /s/ Nathan K. Gilbert
                          Attorney for Plaintiff