# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

Case No. 4:17-CV-2303 SNLJ

Jane Doe, Plaintiff

v.

Zugress Security Services, Inc., et al., Defendants

### MOTION TO SEAL OR, IN THE ALTERNATIVE, TO REDACT COURT RECORDS

*Filed by Dennis Tahirovic, under durable power of attorney for Hasan Tahirovic*

COMES NOW **Dennis Tahirovic**, acting on behalf of his father **Hasan Tahirovic** under durable power of attorney, and respectfully moves this Honorable Court to seal or, in the alternative, redact his identifying information from the court record and judicial opinion in the above-captioned case. In support of this Motion, Movant states as follows:

1. Hasan Tahirovic was named in this civil matter in his professional capacity as an employee of a co-defendant corporation. At no time was Mr. Tahirovic arrested, charged with any crime, or found civilly liable for any of the allegations in the complaint.

2. The case was resolved by way of a corporate settlement to avoid reputational exposure and litigation costs. Mr. Tahirovic was not a party to the settlement and has never admitted, been adjudicated, or found responsible for any misconduct.

3. The court's memorandum and order containing Mr. Tahirovic's full name has been made publicly accessible and indexed by search engines through platforms such as GovInfo.gov. The public availability of this record continues to cause significant and ongoing reputational harm, including damage to professional standing, emotional distress, and impairment of future employment opportunities.

4. Mr. Tahirovic continues to suffer long-term emotional and psychological harm as a result of the public association with these unproven allegations. He has experienced clinical depression, heightened anxiety, and social isolation despite the absence of any criminal or civil liability. The continued publication of this record serves no public interest while inflicting measurable harm on a private individual.

5. Pursuant to *Federal Rule of Civil Procedure 5.2(d)*, this Court has the authority to order redaction or sealing of documents for good cause. Additionally, this Court retains inherent discretion to manage its records and protect individuals from unjustified reputational damage, particularly when the individual was not found liable and the public interest is minimal.

6. The interests of justice, privacy, and proportionality support the relief sought in this Motion. Public access to this record serves no ongoing legal or civic function and imposes a permanent stigma on an individual never afforded the opportunity to clear his name through a formal trial.

WHEREFORE, Movant respectfully requests that the Court enter an Order:

- Sealing the court's memorandum and any associated filings that contain Mr. Tahirovic's name,

- Or, in the alternative, ordering the redaction of Mr. Tahirovic's full name and identifying information from those records.

Respectfully submitted,

**Dennis Tahirovic**
On behalf of Hasan Tahirovic
10943 Chase Park Ln.
Apt. C
St. Louis, MO
63141
(314) 356-3529
Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Redact and accompanying Supplemental Exhibits were served via U.S. Mail, Certified Mail with Return Receipt Requested, to the following:

**Zugress Security Services Inc**
527 S Wells St, Floor 5
Chicago, IL 60607

**Nathan K. Gilbert**
HAMMOND and SHINNERS, P.C.
13205 Manchester Road, Suite 210
St. Louis, MO 63131

To the best of my knowledge, Plaintiff Jane Doe remains anonymous and has had no recent court filings or known legal representation since the case was closed. Mr. Gilbert is being served out of an abundance of caution due to his prior listing as Plaintiff's counsel.

Dated this 31st day of July, 2025.

*/s/ Dennis Tahirovic*

**Dennis Tahirovic**
On behalf of Hasan Tahirovic

3