RECEIVED

SEP 1 9 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

JANE DOE

        PLAINTIFF

**V.**

ZUGRESS SECURITY SERVICES., INC.,
ET AL.,

        DEFENDANTS

CASE NO. 4:17-CV-02303-SNLJ

---

**NONPARTY DENNIS TAHIROVIC'S MOTION TO INTERVENE FOR THE LIMITED
PURPOSE OF SEEKING REDACTION**

Nonparty **Dennis Tahirovic** moves to intervene under the Court's inherent authority and, in the
alternative, Federal Rule of Civil Procedure 24(b), for the limited purpose of seeking redaction of
his name from the Court's Memorandum and Order dated August 12, 2025, and related public
docket text entries.

Mr. Tahirovic is not a party and did not appear through counsel. The earlier filing he attempted
was stricken. The inclusion of his name in a published order is not necessary to understand the
Court's reasoning and is causing reputational harm.

This limited intervention will not delay or prejudice any party. Upon resolution of the redaction
request, Mr. Tahirovic will take no further action.

Respectfully submitted,

**Dennis Tahirovic**
10943 Chase Park Ln.
Apt. C
St. Louis, MO
63141
(314) 356-3529

1