# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JANE DOE<br><br>    PLAINTIFF<br><br>V.<br><br>ZUGRESS SECURITY SERVICES., INC., ET AL.,<br><br>    DEFENDANTS | CASE NO. 4:17-CV-02303-SNLJ |

## NONPARTY DENNIS TAHIROVIC'S MOTION TO REDACT NAME FROM MEMORANDUM AND ORDER AND DOCKET TEXT

Nonparty **Dennis Tahirovic** respectfully moves the Court to direct the Clerk to: (1) file a redacted version of the Court's August 12, 2025 Memorandum and Order that replaces his full name with initials, "D. T.," or "nonparty movant," and (2) modify any public docket text that contains his full name to the same effect. In support, he states:

1. Mr. Tahirovic is a nonparty. He is not counsel and does not represent any party.

2. The Court struck the noncompliant filing that led to the reference to his name. The reference is unnecessary to the substance of the Court's ruling.

3. Public availability of Mr. Tahirovic's name in connection with this case is causing reputational harm and is not needed to preserve public understanding of the Court's reasons.

4. The Court has authority under Federal Rule of Civil Procedure 5.2(d) and its inherent power to manage its records to order limited redactions that protect privacy without impairing public access.

2

WHEREFORE, the Court should grant this motion and direct the Clerk to: (a) docket a redacted version of the August 12, 2025 Memorandum and Order replacing references to "Dennis Tahirovic" with initials or "nonparty movant," (b) redact Mr. Tahirovic's name from related public docket text, and (c) note that the unredacted order is retained internally.

Respectfully submitted,

*[signature]*

**Dennis Tahirovic**
10943 Chase Park Ln.
Apt. C
St. Louis, MO
63141
(314) 356-3529

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JANE DOE | |
| PLAINTIFF | |
| V. | |
| ZUGRESS SECURITY SERVICES., INC., ET AL., | CASE NO. 4:17-CV-02303-SNLJ |
| DEFENDANTS | |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Nonparty Motion to Intervene and Nonparty Motion to Redact Name was served via U.S. Mail, Certified Mail Return Receipt Requested to:

Zugress Security Services Inc
527 S Wells St, Floor 5
Chicago, IL 60607

Nathan K. Gilbert
HAMMOND and SHINNERS, P.C.
13205 Manchester Road, Suite 210
St. Louis, MO 63131

Respectfully submitted,

**Dennis Tahirovic**
10943 Chase Park Ln.
Apt. C
St. Louis, MO
63141
(314) 356-3529

4