UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:17-cv-02303-SNLJ |
| ) | |
| ZUGRESS SECURITY SERVICES, INC., ) | |
| and HASAN TAHIROVIC, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This closed case is before the Court on defendant Hasan Tahirovic's *pro se* Motion to Seal or, in the alternative, to Redact Court Records [Doc. 43]. Seven years after the parties dismissed this case, Tahirovic seeks to have all filings that identify him by name sealed. [Doc. 43]. Alternatively, he requests that his name and identifying information be redacted from the record, including "any opinions or docket materials accessible through public repositories." [*Id*. at 3].

In support of his motion, Tahirovic claims that the public filings in this case have caused him "significant reputational harm, employment impact, and emotional distress." [*Id.* at ¶¶ 3, 4]. He states that he was named in this civil case in his "professional capacity as an employee of co-defendant [Zugress Security Services, Inc.]." [*Id.* at ¶ 1]. Additionally, he claims that the case was resolved by "a corporate settlement for reasons unrelated to any adjudication against [him]" and he "has never admitted, been adjudicated, or found responsible for misconduct." [*Id.* at ¶ 2]. For these reasons, he

argues that "[t]he interests of justice and privacy outweigh any residual public interest in access to filings[.]"  [*Id.* at ¶ 6].

"There is a common-law right of access to judicial records."  *IDT Corp. v. eBay*, 709 F.3d 1220, 1222 (8th Cir. 2013).  The purpose of this right is to strengthen public confidence in the judicial system and allow citizens to hold the judicial system accountable for fair proceedings.  *IDT Corp. v. eBay*, 709 F.3d 1220, 1222 (8th Cir. 2013).  "The presumption of public access to judicial records may be overcome if the party seeking to keep the records under seal provides compelling reasons for doing so."  *Flynt v. Lombardi*, 885 F.3d 508, 511 (8th Cir. 2018).  "[O]nly the most compelling reasons can justify non-disclosure of judicial records."  *In re Neal*, 461 F.3d 1048, 1053 (8th Cir. 2006).  The decision of whether to seal a judicial record is "left to the sound discretion of the trial court ... in light of the relevant facts and circumstances of the particular case."  *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978).

Tahirovic was not named in this lawsuit solely in his professional capacity.  The lawsuit stems from his alleged assault of an employee under his supervision.  [Doc. 1, 14].  There were two tort claims alleged against him personally and two Missouri Human Rights Act claims based on his role as an employee and supervisor at the time of the alleged assault.  To the extent he claims there was no admission of liability, the terms of the settlement agreement are unknown to the Court.  The parties filed a joint stipulation for dismissal with prejudice, which was effective upon filing and did not require judicial approval.  *See Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).

2

After reviewing the motion, the record, and applicable law, the Court concludes that Tahirovic has not established a compelling reason to seal or redact the records that overcomes the presumption of public access to judicial records. As a result, the motion is denied.

Additionally, Tahirovic's son has filed a Motion to Intervene [Doc. 41] and Motion to Redact [Doc. 42], which are denied. Tahirovic's son is neither a party nor an attorney representing a party. There is no authority for him to intervene or file motions in this closed case.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Seal or, in the alternative, to Redact Court Records [Doc. 43] is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Intervene [Doc. 41] is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Redact [Doc. 42] is **DENIED.**

**SO ORDERED** this 26th day of September, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE